# In the United States Court of Federal Claims

No. 11-564 L
(Filed: February 10, 2021)

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
MICHAEL ETCHEGOINBERRY, II, et al.,     *
                                        *
                Plaintiffs,             *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

As agreed by counsel for the parties, the Court will hold oral argument on the government's motion to dismiss on **March 11, 2021 at 2:30 p.m. EST**. The Court will hold the oral argument via Zoom videoconference, with telephone access if needed. The Court will separately send instructions for joining the videoconference.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge